**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02142-LTB-BNB

IN THE MATTER OF THE ARBITRATION BETWEEN:

NCO PORTFOLIO MANAGEMENT, INC., a Delaware corporation,

       Petitioner,

v.

SHAWN WUNSCHEL,

       Respondent.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 11 - filed January 16, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

         s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED:  January 17, 2008